# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **MICHAEL GARRISON,**<br><br>**Plaintiff,**<br><br>v.<br><br>**A-10 NETWORKS, INC.,**<br><br>**Defendant.** | Civil Case No. _____<br><br>**JURY REQUESTED** |

## PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW, Plaintiff MICHAEL GARRISON, (hereinafter, "Plaintiff" or "Garrison"), and files this, his Complaint against DEFENDANT A-10 NETWORKS, INC. ("Defendant" or "A-10"), seeking relief for violations of the Family and Medical Leave Act (the "Complaint"). Plaintiff pleads as follows:

## PARTIES AND SERVICE

1. Plaintiff, Michael Garrison is an individual residing Frisco, Denton County, Texas.

2. Defendant, A-10 Networks, Inc. is a Delaware corporation whose principal place of business is located at 2300 Orchard Parkway, San Jose, California 95131 and may be served by and through its registered agent:

> **A-10 Networks, Inc.**
> **By serving its registered agent**
> **1505 Corporation**
> **2351 United Agent Group Inc.**
> **5901 W. Century Blvd., Suite 750**
> **Los Angeles, California 90045**

3. The wrongful acts and omissions by Defendant alleged herein were actions that Defendant caused to occur, or actions that Defendant authorized, controlled, directed, or had the ability to authorize, control or direct, and/or were actions in which Defendant assisted, participated, conspired or otherwise encouraged, and are actions for which Defendant is liable. Moreover, by and through the doctrines of vicarious liability, *respondeat superior*, express or apparent agency, joint enterprise liability and/or master/servant relationship, among other things, Defendant is liable for all of the wrongful acts and/or omissions of its workers, employees, representatives, joint venturers, associates/affiliates and agents.  Plaintiff, at all times relevant, worked from Texas.  The acts complained of caused damages to him in Texas.

## JURISDICTION AND VENUE

4. This is an action for monetary relief in violation of the Family and Medical Leave Act, codified at 29 U.S.C. § 2601 *et seq*.  Jurisdiction is based on 28 U.S.C. § 1331.

## RELEVANT BACKGROUND

5. Plaintiff began with A10 on or about November 29, 2021.  Plaintiff worked from Texas. During his employment as a vice president he met or exceeded all company goals. Nothing about his performance was challenged.  That is, until he was suffering from an injury that required him to request FMLA.

6. In September/October 2022, Plaintiff began suffering from significant pain in his right knee.  After consulting with his surgeon, he was informed a full knee replacement was needed.  On or about November 22, 2022, Plaintiff contacted Salina Sareen (Global Benefits Manager) inquiring about FMLA.  Ms. Sareen suggested Plaintiff use PTO for the first week so he could collect his commissions, and then file for FMLA.

7.  After not hearing from Ms. Sareen regarding FMLA, Plaintiff asked again about it.

8.  On December 12, 2022, Plaintiff went through a full knee replacement surgery. However, even up to December 19, 2022, he had not heard back from Defendant's Human Resources group or anyone else about his requested FMLA.

9.  Surprisingly, on the day he returned, December 19, 2022, a call was scheduled at 9 a.m. During the call, and for the very first time, baseless and mostly undocumented complaints were raised about Plaintiff's performance and minor expense issues. Knowing Plaintiff was just returning from surgery, the timing of the call and baseless attacks made during it all evidence and support the Company's attempts to deny Plaintiff the FMLA protections to which he was and is entitled, and to retaliate against him for making the request.

10. On that same day, since he had not received a response, Plaintiff contacted Ms. Sareen's boss regarding FMLA. During the call he was assured Ms. Sareen would be contacting him soon.

11. On the morning of December 20, 2022, Plaintiff filed his FMLA claim and a claim with Lincoln Insurance. Later that day Plaintiff was terminated.

## CAUSE OF ACTION: VIOLATIONS OF THE FAMILY AND MEDICAL LEAVE ACT

12. Plaintiff pleads a cause of action, in the alterative insofar as necessary, for violations of the Family and Medical Leave Act. The allegations contained in all of the paragraphs of this pleading are hereby reaverred and realleged, for all purposes, and incorporated herein with the same force and effect as if set forth verbatim herein.

13. Plaintiff sought FMLA leave. Instead of approving his request as was indicated, Plaintiff was wrongfully terminated.

14. As a direct and proximate result of Defendant's unlawful conduct, Plaintiff has suffered and will continue to suffer damages including, but not limited to, lost wages, salary, benefits, other compensation, and monetary losses. In addition, Plaintiff is entitled to liquidated damages.

15. Plaintiff was required to retain attorneys to prosecute this Action and has agreed to pay the retained attorneys a reasonable fee. Pursuant to 29 U.S.C. § 2617, Plaintiff is entitled to recover these fees, reasonable expert witness fees, and other costs.

## JURY DEMAND

16. Plaintiff respectfully request a jury trial.

## RESERVATION OF RIGHTS

17. Plaintiff specifically reserves the right to bring additional causes of action against Defendant and others, and to amend this complaint as necessary.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that Defendant be cited to appear and answer, and that upon final hearing this Court enter judgment in favor of Plaintiff against Defendant for damages, reasonable attorneys' fees, reasonable paralegal fees, expert witness fees, liquidated damages, costs of court, and pre- and post-judgment interest at the highest rate allowed by law, and for such other and further relief, general or special, at law or in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

_____
**ROGGE DUNN**
State Bar No. 06249500
Email: Dunn@trialtested.com

**GREGORY M. CLIFT**
State Bar No. 00795835
Email: Clift@roggedunngroup.com

**ROGGE DUNN GROUP, PC**
500 N. Akard Street, Suite 1900
Dallas, Texas 75201
Telephone:  (214) 888-5000
Facsimile:  (214) 220-3833

**ATTORNEYS FOR PLAINTIFF**